UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YUESAI LIN,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>KRISTI NOEM, *et al.,*<br><br>                              Defendants. | No. 25 Civ. 3848 (JPC) |

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Motion to Dismiss the Complaint and the declarations of Brett H. Hassen and Mollie Isaacson, Defendants Kristi Noem, Secretary, U.S. Department of Homeland Security; Kika Scott, Director, U.S. Citizenship and Immigration Services ("USCIS"); Mollie Isaacson, Director, USCIS Newark Asylum Office; Kash Patel, Director of the Federal Bureau of Investigation; and Pamela Bondi, Attorney General of the United States, by their attorney, Jay Clayton, United States Attorney for the Southern District of New York hereby move this Court for an order dismissing the Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: July 15, 2025
      New York, New York

                                                      Respectfully submitted,

                                                     JAY CLAYTON
                                                     United States Attorney for the
                                                     Southern District of New York

                                      By:     /s/ *Danielle J. Marryshow*
                                                     DANIELLE J. MARRYSHOW
                                                     Assistant United States Attorney
                                                     86 Chambers Street, 3rd Floor
                                                     New York, New York 10007
                                                     Tel.: (212) 637-2689
                                                     E-mail: danielle.marryshow@usdoj.gov

Defendants' motion to dismiss, Dkt. 10, is denied without prejudice. Defendants are directed to follow Individual Civil Rule 6.A. in seeking leave to re-file the motion to dismiss. The Clerk of Court is respectfully directed to close Docket Number 10.

SO ORDERED.
Date: July 16, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge