**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
YUESAI LIN,

               Plaintiff,

-against-                                      25 **CIVIL** 3848 (JPC)

## JUDGMENT

KRISTI NOEM, et al.,

               Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 28, 2025, the Court has granted Defendants' motion to dismiss and dismissed without prejudice Plaintiff's Complaint in its entirety. As discussed, the dismissal of Plaintiff's APA claim is without prejudice to renewal should her application remain pending to an unreasonable degree. Judgment is entered in favor of Defendants. The Court, however, retains jurisdiction to resolve whether sanctions should be imposed on Plaintiff's counsel. *See supra* n.4.

**Dated:** New York, New York

      October 29, 2025

                                                        **TAMMI M. HELLWIG**
                                                            **Clerk of Court**

                           **BY:**           K. Mango

                                                           **Deputy Clerk**